(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court | Voluntary Petition |
|---|---|---|
| | **Northern** \_\_\_\_District of\_\_\_\_ **Illinois** | |

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peterson Lori Lynn** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**n/a** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**none** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**n/a** |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax I.D. No.<br>**(if more than one, state all):** 2595 | Last four digits of Soc. Sec No./Complete EIN or other Tax I.D.No.<br>**(if more than one, state all):** n/a |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1335 Citadel Drive**<br>**Joliet, Illinois 60435** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**n/a** |
| County of Residence or of the<br>Principal Place of Business: **Will** | County of Residence or of the<br>Principal Place of Business: **n/a** |
| Mailing Address of Debtor (if different from street address):<br>**same as above** | Mailing Address of Joint Debtor (if different from street address):<br>**n/a** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **n/a** | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [✔] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)

- [✔] Individual(s)
- [ ] Corporation
- [ ] Partnership
- [ ] Other _____
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✔] Chapter 13
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [✔] Consumer/Non-Business
- [ ] Business

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

- [ ] Full Filing Fee attached
- [✔] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- [✔] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expe be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 |
|---|---|---|---|---|---|
| | [ ] | [✔] | [ ] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,( $10 |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✔] | [ ] | [ ] | [ ] | |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50 $1( |
|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [✔] | [ ] | [ ] | [ ] | |

**U.S. Bankruptcy Court**
**Northern District Of Illinois**
Filed: 09/23/2005
Time:
Debtor: Lori Lynn Peterson
Case: 05-39978
Chapter: 13 Rec. # : 3138809
Judge: Bruce Black
341 mtg: 10/31/2005 @ 01:30pm
ConfHrg: 09/23/2005 09/23/2005
Trustee: Glenn Stearns

1:05BK39978-BK001

(Official Form 1) (12/03)                                                                                           FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Peterson  Lori  Lynn** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **none** | Case Number:<br>**n/a** | Date Filed:<br>**n/a** |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**n/a** | Case Number:<br>**n/a** | Date Filed:<br>**n/a** |
| District:<br>**n/a** | Relationship:<br>**n/a** | Judge:<br>**n/a** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_815- 545- 7471_
Telephone Number (If not represented by attorney)

_September 23, 2005_
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)                Date

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6-Cont.
(6/90)

# UNITED STATES BANKRUPTCY COURT
_____Northern_____ District of _____Illinois_____

In re _____Peterson  Lori  Lynn_____,          Case No. _____
Debtor                                                      (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F,
I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts
from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | yes | 1 | $ 150,000 | | |
| B - Personal Property | yes | 3 | $ 17,000 | | |
| C - Property Claimed as Exempt | yes | 1 | | | |
| D - Creditors Holding Secured Claims | yes | 1 | | $ 150,212.66 | |
| E - Creditors Holding Unsecured Priority Claims | | | | $    .00 | |
| F - Creditors Holding Unsecured Nonpriority Claims and 1 appended sheet | yes | 4 | | $ 72,219.96 | |
| G - Executory Contracts and Unexpired Leases | no | | | | |
| H - Codebtors | no | | | | |
| I - Current Income of Individual Debtor(s) | yes | 1 | | | $ 2,339.72 |
| J - Current Expenditures of Individual Debtor(s) | yes | 1 | | | $ 2,738.00 |

Total Number of Sheets of ALL Schedules ➤  **12**

Total Assets ➤  $ 167,000.00

Total Liabilities➤  $ 222,432.62

FORM B6A
(6.90)

In re _____ Peterson Lori Lynn _____ ,        Case No. _____
                    **Debtor**                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| condominium 1335 Citadel Drive Joliet, Illinois 60435 Will County, Illinois | owner | | $150,000.00 | MidAmerica Bank $122,000 |
| condominium 1335 Citadel Drive Joliet, Illinois 60435 Will County, Illinois | owner | | $150,000 | HSBC $25,159.17 |

Total▶ 150,000.00
(Report also on Summary of Schedules.)

FORM B6B
(10/89)

In re _____ Peterson  Lori  Lynn _____ ,          Case No. _____
                **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | 1335 Citadel Drive, Joliet, IL  60435 | | $100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Harris Bank, Joliet, IL  60435 | | $1,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | 1335 Citadel Drive, Joliet, IL  60435 | | $10,000.00 |
| 5.  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | 1335 Citadel Drive, Joliet, IL  60435 | | $1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.  Itemize and name each issuer. | X | | | |

FORM B6B-Cont.
(10/89)

In re _____ Peterson Lori Lynn _____ ,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorpo- rated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non- negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercis- able for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliqui- dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

FORM B6B-cont.
(10/89)

In re _____ Peterson  Lori  Lynn _____,        Case No. _____
                    **Debtor**                                          **(If known)**

# SCHEDULE B -PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2001 Ford Mustang housed at 1335 Citadel Drive, Joliet, IL 60435 | | $5,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | X | | | |

_____0_____ continuation sheets attached        Total➤    $  17,100.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

FORM B6C
(6/90)

In re _____ Peterson  Lori  Lynn _____ ,          Case No. _____
                **Debtor**                                                              **(If known)**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐  11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  **Note: These exemptions are available only in certain states.**

☐  11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| condominium<br>1335 Citadel Drive<br>Joliet, Illinois  60435<br>Will County, Illinois | | | $150,000.00 |

FORM B6I
(6/90)

In re Peterson Lori Lynn _____ ,          Case No._____
                    **Debtor**                                              **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: single | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES<br>Peterson Lori Lynn | AGE<br>46 | RELATIONSHIP<br>self |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | legal secreatry | none |
| Name of Employer | Brinks Hofer Gilson & Lione | none |
| How long employed | 18 years, 3 months (06/01/1987) | none |
| Address of Employer | 455 North Cityfront Plaza Drive<br>NBC Tower - Suite 3600<br>Chicago, Illinois  60611-5599 | |

**Income:** (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 5,183.34 | $ n/a |
| Estimated monthly overtime | $ 225.00 | $ n/a |
| SUBTOTAL | $ 5,408.34 | $ n/a |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 1,648.38 | $ n/a |
| b.  Insurance | $ 69.42 | $ n/a |
| c.  Union dues | $ .00 | $ n/a |
| d.  Other (Specify: 1) garnishment; 2) parking ($180) ; 3) 401 loans ($542) | $ 1,350.82 | $ n/a |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 3,068.62 | $ n/a |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 2,339.72 | $ n/a |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ .00 | $ n/a |
| Income from real property | $ .00 | $ n/a |
| Interest and dividends | $ .00 | $ n/a |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ .00 | $ n/a |
| Social security or other government assistance (Specify) _____ | $ .00 | $ n/a |
| Pension or retirement income | $ .00 | $ n/a |
| Other monthly income | $ .00 | $ n/a |
| (Specify) _____ | $ .00 | $ n/a |
| | $ .00 | $ n/a |
| TOTAL MONTHLY INCOME | $ 2,339.72 | $ n/a |

TOTAL COMBINED MONTHLY INCOME      $ 2,339.72 _____          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

FORM B6J
(6/90)

In re _____ Peterson  Lori  Lynn _____ ,        Case No. _____
             **Debtor**                                              **(if known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

[ ]   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,068.00 |
| Are real estate taxes included?         Yes ✔        No _____ | |
| Is property insurance included?         Yes _____        No _____ | |
| Utilities      Electricity and heating fuel | $ 150.00 |
| Water and sewer | $ 25.00 |
| Telephone | $ 60.00 |
| Other _condominium - monthly assessmen_ | $ 120.00 |
| Home maintenance (repairs and upkeep) | $ .00 |
| Food | $ 200.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 15.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 200.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 50.00 |
| Charitable contributions | $ 50.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | $ .00 |
| Life | $ .00 |
| Health | $ .00 |
| Auto | $ .00 |
| Other _____ | $ .00 |
| Taxes (not deducted from wages or included in home mortgage payments) (Specify) _____ | $ .00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ .00 |
| Other _____ | $ .00 |
| Other _____ | $ .00 |
| Alimony, maintenance, and support paid to others | $ .00 |
| Payments for support of additional dependents not living at your home | $ .00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ .00 |
| Other _Title Loan - $700.00 in interest_ | $ 700.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 2738.00 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 2339.7 2 ✗ |
| B.  Total projected monthly expenses | $ 2738.00 |
| C.  Excess income (A minus B) | $ _____ |
| D.  Total amount to be paid into plan each _____ (interval) | $ _____ |

✗ *includes* 314.41
2 × month @ 314.41
= $628.82
garnishment

FORM B6F (Official Form 6F) (9/97)

In re _____Peterson  Lori  Lynn_____,            Case No. _____
                        **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5256181011259692 <br><br> Action Card <br> P.O. Box 790211 <br> St. Louis, Missouri  63179-0211 | | | approximately  1999 - present <br> goods purchased/ | | | | $319.19 |
| ACCOUNT NO.   371570505621006 <br><br> American Express <br> P.O. Box 740640 <br> Atlanta, Georgia  30374-0640 | | | approximately  1999 - present <br> goods purchased | | | | $952.55 |
| ACCOUNT NO.   5770915618268105 <br><br> Card Management Services <br> "Newport News" <br> c/o Mitchell N. Kay, P.C. <br> P.O. Box 2374 <br> Chicago, IL   60690-2374 | | | approximately  1999 - present <br> goods purchased | | | | $4,019.97 |
| ACCOUNT NO.   5424180321746296 <br><br> Citibank Mastercard <br> c/o Citi Cards <br> P.O. Box  688912 <br> Des Moines, Iowa  50368-8912 | | | approximately  1999 - present <br> goods purchased | | | | $11,475.15 |

_____3_____ continuation sheets attached                    Subtotal ➤  | $  $16,766.86

                                                               Total ➤  | $ 72,219.96
                                        (Report also on Summary of Schedules)

FORM B6F - Cont.
(10/89)

In re _____ Peterson Lori Lynn _____,          Case No. _____
                    Debtor                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   5491130349204453<br><br>Citibank Classic Mastercard<br>c/o National Enterprise Sys.<br>29125 Solon Road<br>Solon, Ohio   44139-3442 | | | approximately 1999 - present<br>goods purchased | | | | $10,846.80 |
| ACCOUNT NO.   8366629029<br><br>ComEd<br>Bill Payment Center<br>Chicago, Illinois  60668-0001 | | | approximately 1999 - present<br>utility services | | | | $215.91 |
| ACCOUNT NO.   6011007690619597<br><br>Discover Card<br>P.O. Box 3008<br>New Albany, Ohio  43054-3008 | | | approximately 1999 - present<br>goods purchased | | | | $3,595.65 |
| ACCOUNT NO.   82222140284641<br><br>GE Money Bank - Lowes<br>P.O. Box 530914<br>Atlanta, Georgia  30353-0914 | | | approximately 1999 - present<br>goods purchased | | | | $448.21 |
| ACCOUNT NO. | | | | | | | |

Sheet no. _1_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $ 15,106.57
(Total of this page)
Total ➤    $ 72,219.96
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10 89)

In re _____ Peterson Lori Lynn _____,          Case No. _____
                    **Debtor**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    8149071726630<br><br>Ginny's<br>1112 7th Avenue<br>Monroe, Wisconsin   53566-1364 | | | approximately 1999 - present<br>goods purchased | | | | $300.13 |
| ACCOUNT NO.    7001191700099592<br><br>Household - Best Buy<br>c/o National Enterprise Systems<br>29125 Solon Road<br>Solon, Ohio  44139-3442 | | | approximately 1999 - present<br>goods purchased | | | | $10,601.07 |
| ACCOUNT NO.<br><br>Household Finance Corp.<br>c/o Friedman & Wexler LLC<br>500 West Madison, Suite 2910<br>Chicago, Illinois  60661 | | | approximately 1999 - present<br>goods purchased | | | | $7,146.37 |
| ACCOUNT NO.    n/a<br><br>Lewis University<br>One University Parkway<br>Romeoville, Illinois  60441 | | | approximately 1999 - present<br>goods purchased | | | | $10,623.73 |
| ACCOUNT NO.    74981995465111<br><br>MBNA<br>c/o Creditors Financial Group<br>P.O. Box 440290<br>Aurora, Colorado  80044-0290 | | | approximately 1999 - present<br>goods purchased | | | | $1,161.78 |

Sheet no. _2_ of _3_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $  29,833.08
(Total of this page)       72,219.96
Total ➤  $

(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

FORM B6F - Cont.
(10 89)

In re _____ Peterson Lori Lynn _____ ,          Case No. _____
                        Debtor                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   4120618005350430<br><br>Merrick Bank<br>P.O. Box 5721<br>Hicksville, NY  11802-5721 | | | approximately 1999 - present<br>goods purchased | | | | $4,514.28 |
| ACCOUNT NO.   6051253513<br><br>NiCor Gas<br>P.O. Box 310<br>Aurora, Illinois 60507-0310 | | | February 1999 - present<br>utility service | | | | $376.17 |
| ACCOUNT NO.<br><br>Target National Bank f/k/a Retailer Natl.<br>c/o Blatt, Hasenmiller<br>125 So. Wacker, Suite 400<br>Chicago, Illinois 60606 | | | May 20, 2002<br>goods purchased | | | | $5,623.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3  of 3  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 10,513.45
(Total of this page)
Total ➤ $ 72,219.96
(Use only on last page of the completed Schedule E.)
(Report total also on Summary of Schedules)

In re:  Peterson  Lori  Lynn                    Attachment to SCHEDULE F          (Sheet 1 of 1)

Citicorp Mastercard
c/o National Financial Systems, Inc.
600 West John Street
P.O. Box 9046
Hicksville, New York  11802-9046

GE Money Bank/Lowes
c/o CAC Financial Corp.
2601 NW Expressway, Suite 1000 East
Oklahoma City, Oklahoma  73112-7236

Ginny's
c/o Van Ru Credit Corporation
150 South Sunnyslope
Suite 108
Brookfield, Wisconsin  53005-6461

Lewis University
c/o McCormick Law Group LLC
217 North Jefferson Street
Suite 500
Chicago, Illinois  60661

Merrick Bank
c/o AMO Recoveries
P.O. Box 926200
Norcross, Georgia  30010-6200

MidAmerica Bank
c/o Patrick J. Williams, Esq.
Connolly, Ekl & Williams, P.C.
115 West 55th Street
Suite 400
Clarendon Hills, Illinois  60514